UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LOUIS MARVIN SZORCSIK, Petitioner, | § § § | |
| v. | § § | CRIMINAL NO. B-99-112 |
| UNITED STATES OF AMERICA, Respondent. | § § § | B-03-088 |

## ORDER

Louis Marvin Szorcsik has filed a "Motion for Modification of Sentence" (Doc. # 26). In the motion, Petitioner appears to be challenging the constitutionality of his federal sentence. Specifically, Petitioner claims that his sentence was miscalculated, and should be corrected. This court will construe said motion as a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. Section 2255. The United States District Clerk's Office is hereby ORDERED to open a new civil file for Petitioner Szorcsik.

Petitioner will be allowed to proceed in Forma Pauperis (let the applicant proceed without pre-payment of cost of fees or the necessity of giving security therefor). Furthermore, the Government is hereby ORDERED to respond to the motion on or before July 7, 2003.

DONE at Brownsville, Texas, this 8th day of May, 2003.

Felix Recio
United States Magistrate Judge