IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

LOUIS MARVIN SZORCSIK
Petitioner

v.

UNITED STATES OF AMERICA
Responent

CRIMINAL NO. B-99-112

CIVIL NO. B-03-88

United States District Court
Southern District of Texas
FILED

JUL 17 2003

Michael N. Milby
Clerk of Court

----------------------------/

MOTION FOR ENLARGEMENT OF TIME TO TRAVERSE
PURSUANT TO 28 U.S.C. § 2248

**COMES NOW,** THE Defendant, Louis Marvin Szorcsik, Pro Se, and moves this honorable court and clerk to grant him an enlargement of time to traverse the government's response, pursuant to 28 U.S.C. § 2248, and states the following:

1) Defendant is currently incarcerated, at the Federal Correctional Complex at Coleman, Florida.
2) Defendant has to work at the facility, and the hours that the law library is open are not sufficient for the research needed to reply to the government's response.
3) The law library resources are limited, and the Defendant is not versed in the law.
4) The Defendant did not recieve the government's response until July 9, 2003.

Wherefore the Defendant now prays that this honorable court will grant him an extension of 30 days to file his traverse, pursuant to 28 U.S.C. § 2248

Respectfully Submitted,

*[signature]*
Louis Marvin Szorcsik Pro Se
Reg. no. 07359-018 Unit A-1
Federal Correctional Complex
P.O. Box 1031
Coleman, Florida 33521-1031

7-9-2003
Date

## CERTIFICATE OF SERVICE

I, **LOUIS MARVIN SZORCSIK**, HEREBY CERTIFY that I have served a true and correct copy of the foregoing,

## MOTION FOR ENLARGEMENT OF TIME TO TRAVERSE PURSUANT TO 28 U.S.C. § 2248

Which is Deemed Filed, at the time it is delivered to <u>PRISON AUTORITIES</u>, <u>HOUSTON v. LACK,</u> 101 L.Ed.2d 245, 108 S.Ct. 2379 (1988), upon the defendant/defendants and his Attorney/Attorneys of record placing same in a sealed, postage prepaid envelope addressed to:

| | |
|---|---|
| United States District Clerk<br>Brownsville Division<br>Attn: Deputy-in-Charge<br>1158 Federal Building<br>600 E. Harrison Street<br>Brownsville, Tx 78520 | James L. turner<br>Assistant United States Atty.<br>Attorney for Respondent<br>P.O. Box 61129<br>Houston, Texas 77208 |

and deposited same in the UNITED STATES MAIL at F.C.I. Coleman, Floeida 33521, on this 11th day of JULY, 2003.

_[signature]_

LOUIS MARVIN SZORCSIK   Pro-Se,