IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF  TEXAS

BROWNSVILLE, TEXAS

United States District Court
Southern District of Texas
FILED

JUL 2 1 2003

Michael N. Milby
Clerk of Court

LOUIS MARVIN SZORCSIK,
Petitioner

v.

UNITED STATES OF AMERICA
Responent

§
§
§
§
§
§
§
§
§
§

/

CRIMINAL NO. B. 99-112

CIVIL NO. B-03-88

## MOTION FOR ENLARGEMENT OF TIME TO TRAVERSE
## PURSUANT TO 28 U.S.C. § 2248

COMES NOW, The Defendant, Louis Marvin Szorcsik, Pro-Se, and
moves this Honorable Court and Clerk to grant him an enlargement
of time to traverse the Magistrate Judge Report and Recommendation
pursuant to 28 U.S.C. § 2248, and states the following:

1) Defendant is currently incarcerated, at the Federal
   Correctional Complex at Coleman, Florida.

2) Defendant has to work at the facilty, and the hours
   that the law library is open are not sufficient for
   the research needed to reply to the Magistrate Judge's
   Report and Recommendation

3) The law library resources are limited, and the Defendant
   is not versed in the law.

4) The Defendant did not recieve the Magistrate Judge's
   Report and Recommendation until July 14, 2003.

Wherefore the Defendant now prays that this  Honorable
Court will grant him an extension of 30 days to file his traverse,
pursuant to 28 U.S.C. § 2248.

Respectfully Submitted

_Louis Marvin Szorcsik_          7-15-2003

Louis Marvin Szorcsik Pro-Se        Date
Reg No. 07359-018
Coleman FCC Low  Unit A-1
P.O. Box 1031
COLEMAN , FLORIDA 33521-1031

## CERTIFICATE OF SERVICE

I, Louis Marvin Szorcsik, Hereby Certify that I have served a true AND CORRECT COPY OF THE FORGOING,

**MOTION FOR ENLARGEMENT OF TIME TO TRAVERSE**
**PURSANT TO 28 U.S.C. § 2248**

Which is deemed filed, at the time it is delivered to PRISON AUTHORITIES, HOUSTON v. LACK, 101 L. Ed. 2d 245, 108 S. Ct. 2379 (1988), upon the Defendant/Defendants, and his Attorney/Attorneys of record placing same in a sealed, postage perpaid enelope address to:

| | |
|---|---|
| UNITED STATES DISTRICT CLERK | FELIX RECIO<br>UNITED STATES MAGISTRATE JUDGE |
| BROWNESVILLE DIVISION<br>ATTN: DEPUTY-IN-CHARGE<br>1158 FEDERAL BUILDING<br>600 E. HARRISON STREET<br>BROWNSVILLE, TEXAS 78520 | BROWNESVILL DIVISION<br>1158 FEDERAL BUILDING<br>600 E. HARRISON STREET<br>BROWNESVILLE, TEXAS 78520 |

and deposited same in the UNITED STATES MAIL at F.C.I. COLEMAN FLORIDA, 33521, on this 15th day of JULY 2003.

LOUIS MARVIN SZORCSIK    07359-018