UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LOUIS MARVIN SZORCSIK, Petitioner, | § § § | |
| v. | § § | CIVIL ACTION NO. B-03-088 CRIMINAL NO. B-99-112 |
| UNITED STATES OF AMERICA, Respondent. | § § § | |

## ORDER

Petitioner Louis Marvin Szorcsik has brought two motions for enlargement of time to file a response and traverse to the Magistrate Judge's Report and Recommendation in this case (Docs. # 5 and 6). Both motions are hereby GRANTED, and Petitioner's Response and Traverse (Doc. # 7) received on July 21, 2003, will be considered timely by the court.

DONE at Brownsville, Texas, this 24th day of July, 2003.

Felix Recio
United States Magistrate Judge